# Ballard Spahr
LLP

_____

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Ana M. Blanco
Tel: 646.346.8072
Fax: 215.864.8999
blancoa@ballardspahr.com

MEMORANDUM ENDORSED

June 16, 2026

*Via ECF*

Hon. Gabriel W. Gorenstein
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *AP MA Funding LLC v. Mick Enterprises I LLC et al*; 1:26-cv-02639-JHR

Dear Judge Gorenstein,

Plaintiff AP MA Funding LLC, by and through its undersigned counsel, respectfully submits this request for an adjournment of the settlement conference currently scheduled for June 30, 2026 (ECF No. 17) and requests that the conference be rescheduled to a date in August 2026.

Defendants Mick Enterprises I LLC and Mark R. Mick, through their counsel, consent to this request. The parties believe that additional time will facilitate meaningful settlement discussions and increase the likelihood of a productive conference.

The parties further request that the settlement conference be conducted remotely. The corporate representatives with settlement authority are located outside New York City and would be required to travel significant distances to attend an in-person conference. A remote conference would reduce travel costs and logistical burdens while still allowing the parties to participate fully in settlement discussions.

This is the parties' first request to adjourn the settlement conference. The parties thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Ana M. Blanco*
Ana M. Blanco

Granted. A separate order will issue with respect to the video conference.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 16, 2026