Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Ana M. Blanco
Tel: 646.346.8072
BlancoA@ballardspahr.com

MEMORANDUM ENDORSED

August 13, 2026

*Via ECF*

Honorable Gabriel W. Gorenstein
United States District Judge
40 Foley Square
New York, New York 10007

Re: *AP MA Funding LLC v. Mick Enterprises I LLC et al.*, Civil Action No. 26-cv-2639-JHR

Dear Judge Gorenstein:

This firm represents Plaintiff AP MA Funding LLC ("Plaintiff") in the above-referenced action. Plaintiff respectfully requests a sixty (60) day adjournment of the settlement conference currently scheduled for August 19, 2026, and a corresponding adjournment of the associated submission deadline.

Good cause exists for the requested adjournment. The parties are presently engaged in active settlement discussions and are working toward a negotiated resolution of the matter. In light of these ongoing discussions, the parties respectfully submit that the requested adjournment will afford them the opportunity to continue those discussions and conserve the Court's resources in the interim.

Defendants, through counsel, consent to this request. This is Plaintiff's first request for an adjournment of the settlement conference.

Respectfully,

*/s/ Ana M. Blanco*
Ana M. Blanco

The settlement conference is adjourned sine die. The parties shall report by letter on the status of settlement on October 13, 2021, and, if settlement is not reached by that date, shall file an update on status every 14 days thereafter. If in the meantime settlement discussions between the parties are discontinued, the parties shall immediately so inform the Court.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 13, 2026